STATE OF NORTH CAROLINA v. RUDOLPH BERRY

No. 508A82

(Filed 11 January 1983)

APPEAL pursuant to G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals[1] which found no error in a trial at the 8 June 1981 Criminal Session of NEW HANOVER Superior Court, *Judge Strickland* presiding, at which defendant was found guilty of felonious breaking or entering and sentenced to a term of imprisonment.

*Rufus L. Edmisten, Attorney General, by Reginald L. Watkins, Assistant Attorney General, for the State.*

*Adam Stein, Appellate Defender, by James H. Gold, Assistant Appellate Defender, for defendant appellant.*

PER CURIAM.

The principal question on this appeal is whether defendant's fingerprints found at the scene of the crime provided sufficient evidence of defendant's guilt for the case to be submitted to the jury. The Court of Appeals, after fully and accurately giving the facts and after a full and sufficient consideration of appropriate precedents, concluded that the evidence was sufficient. For the reasons given in the Court of Appeals' opinion, its decision is

Affirmed.

---

1. 58 N.C. App. 355, 293 S.E. 2d 650 (1982).